UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**HOLLIS DALTON BROOMES and**
**DOLORES BROOMES**
S.S. Nos.: xxx-xx-7222 and xxx-xx-9779
Mailing Address: 508 MAYMOUNT DR, Durham, NC 27703-

Case No. 10-81327

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on July 28, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: August 16, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 6/29/10
**Lastname-SS#:** Broomes-9779

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| Wells Fargo | | $1,759 | ** |
| | | | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Wells Fargo | | $1,589 | N/A | n/a | $1,589.00 | Home and Land |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Santander | | $14,914 | 5.00 | $134 | $310.87 | 2009 Chrysler |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $7,000 |
| State Taxes | $200 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int. % | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$2,190** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **2.58** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE

(Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

## CERTIFICATE OF SERVICE

I, WILLIAM MCDOANLD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s WILLIAM MCDOANLD
WILLIAM MCDOANLD

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | Internal Revenue Service (ED)**<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | Citibank<br>Post Office Box 6000<br>The Lakes, NV 89163-6000 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Citifinancial<br>Post Office Box 210189<br>Bedford, TX 76095-7189 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | ADT Security Services**<br>2515 Downing Road<br>Fayetteville, NC 28312-8225 | Compcredit<br>2921 Brown Trail, Ste 100<br>Bedford, TX 76021 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | AES Federal Loans<br>1200 North 7th Street<br>Harrisburg, PA 17105 | Concord<br>c/o Southwind Associates<br>Post Office Box 29352<br>Phoenix, AZ 85038 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | AT&T Mobility****<br>Post Office Box 772349<br>Ocala, FL 34477-2349 | Credit Bureau of Greensboro**<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Avenue<br>c/o WFNNB<br>Post Office Box 29185<br>Shawnee Mission, KS 66201-9185 | DirecTV ***<br>Post Office Box 6550<br>Greenwood Village, CO 80155-6550 |
| Innovis Data Solutions<br>Attn: Consumer Assistance<br>P.O. Box 1534<br>Columbus, OH 43216-1534 | Capital Management Services Inc.<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210 | Discover Card<br>Post Office Box 15316<br>Wilmington, DE 19850-5316 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Capital One ***<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 | Durham County Tax Collector<br>Post Office Box 3397<br>Durham, NC 27701 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Ceylon Leasing LTD Partnership<br>97-77 Queens Blvd<br>Rego Park, NY 11374 | Exxon-Mobil***<br>Credit Card Center<br>Post Office Box 688940<br>Des Moines, IA 50368-8940 |

Home Depot **
P.O. Box 653000
Dallas, TX 75265-3000

Sears National Bankruptcy Center**
Post Office Box 20363
Kansas City, MO 64195-0363

Internal Revenue Service (MD)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Shalimar Leasing LTD Partnership
97-77 Queens Blvd
Rego Park, NY 11374

Law Office of John T Orcutt
6616 Six Forks Road ste 203
Raleigh, NC 27615

Shapiro & Ingle, LLP, Attorneys
8520 Cliff Cameron Drive
Suite 300
Charlotte, NC 28269

Monterey
4095 Avenida De La Plata
Oceanside, CA 92056

Sprint Nextel-Correspondence******
Attn: Bankruptcy Department
Post Office Box 7949
Overland Park, KS 66207-0949

NC Department of Revenue
Post Office Box 25000
Raleigh, NC 27640-0002

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

NY State Dept of Revenue
Post Office Box 4127
Binghamton, NY 13902-4127

VA Hospital
508 Fulton Street
Durham, NC 27705-3875

NYC Department of Finance
Post Office Box 3600
New York, NY 10008

Veterans Administration (Middle)**
Regional Office
251 North Main Street
Winston-Salem, NC 27155

Santander Consumer USA**
Attention: Bankruptcy Dept.
Post Office Box 560284
Dallas, TX 75356-0284

Wells Fargo Mortgage
3476 Stateview Blvd.
Fort Mill, SC 29715

Scotts Lawn Service
Attn: Collection Department
Post Office Box 742585
Cincinnati, OH 45274-2585

Westlake Financial Services
Post Office Box 54807
Los Angeles, CA 90054-0807