# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re:
**Hollis Dalton Broomes and Dolores Broomes**

Case # 10-81327

508 Maymount Drive, Durham NC 27703

Debtors.

| *Lanning* Adjustments for Projected Disposable Income Calculation | | | |
|---|---|---|---|
| CMI Income<br>(Before Marital Adjustment)<br>(Form 22C, line 18) | 7,531.08 | Schedule I Income<br><u>Minus</u><br>Schedule I Expenses<br>(Sch. I, line 16) | $7,001.29 |
| Total of all Deductions under<br>11 U.S.C. § 707(b)(2): | ($6,529.24) | | |
| Child Support received<br>(Sch. I, line 10)<br>(NOT including child support received by non-filing spouse) | $0.00 | Schedule J expenses<br>(including proposed plan payment)<br>(Sch. J, line 20b) | ($4,897.00) |
| Qualified retirement deductions: | $0.00 | | |
| Equals Means Test<br>Derived Disposable Income: | $1,001.84 | | |
| *Lanning* Adjustments: | | | |
| Decrease in income due to loss of job during CMI period: | ($850.05) | **Equals Actual Disposable Income:** | |
| Projected Disposable Monthly Income: | $151.79 | (Sch. J, line 20c) | $2,104.29 |

(rev. 11/29/10)